AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>IGOR DESOUZA<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 21-MJ-7257-JCB |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* IGOR DESOUZA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine and 40 grams or more of a mixture and substance containing fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and (b)(1)(B)(vi), and aiding and abetting, in violation of 18 U.S.C. § 2

Date: 1:50 PM, Nov 3, 2021

*Issuing officer's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, US Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*