UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                        )<br>)<br>IGOR DESOUZA ,                                  )<br>)<br>Defendant           ) | Criminal No.   21-MJ-7257-JCB |

GOVERNMENT'S MOTION TO
PARTIALLY UNSEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to *partially* unseal the complaint and supporting affidavit and as grounds therefore advises the Court that the Defendant, Igor Desouza, was arrested today.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   */s/ Lindsey E. Weinstein*
Lindsey E. Weinstein
Assistant U.S. Attorney

Date:  November 4, 2021

MOTION ALLOWED, _____

_____
HON. JENNIFER C. BOAL
U.S. MAGISTRATE JUDGE