UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

#1:21-mj-07257-JCB

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ) |
| IGOR DESOUZA, Defendant. | ) ) ) |

**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE THE PROBABLE CAUSE AND DETENTION HEARING FROM NOVEMBER 10, 2021 TO NOVEMBER 19, 2021**

Now come the Defendant in the above-captioned matter and hereby moves this Honorable Court to continue the Probable Cause and Detention Hearing from November 8, 2021 to November 19, 2021 by Zoom.

As grounds therefore the Defendant states that additional time is necessary to prepare for said hearing.

On behalf of the Defendant, the undersigned counsel represents that the Defendant is being detained at the Plymouth House of Correction and would like to be present for the hearing through Zoom.

The undersigned has contacted AUSA Lindsey Weinstein Herscovici regarding the instant motion and she assents to same.

Date: November 8, 2021                    Respectfully submitted,
                                          Defendant, by counsel

                                          */s/ Robert J. Galibois*
                                          Robert J. Galibois II
                                          BBO# 631361
                                          62 Bay Path Lane
                                          Norwell, MA 02061
                                          508-280-1491

                                          attorneyrobgalibois@gmail.com


**ERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


                              */s/ Robert Galibois*

                              Robert Galibois